# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO TYSON | CIVIL ACTION |
| VERSUS | NO. 10-132 |
| ROBERT C. TANNER - WARDEN, ET AL. | SECTION: "A"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's numerous objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1] Therefore,

**IT IS ORDERED** that plaintiff's federal claims against Robert C. Tanner, James LeBlanc, and "Various Disciplinary Boards" are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's state law claims against those defendants are **DISMISSED WITHOUT PREJUDICE**

**IT IS FURTHER ORDERED** that the Objection to Report and Recommendation (Rec. Doc. 7), the Motions to Amend (Rec. Docs. 8, 9, 15, 17, & 18), the Motions for Preliminary Injunction (Rec. Docs. 10 & 12). the Motion to Appoint Counsel (Rec. Doc. 13), and the Motion for Appeal of Magistrate Judge Decision (Rec. Doc. 16) are **DENIED**.

April 15, 2010

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although the magistrate judge did not reach the merits of Plaintiff's challenge to the constitutionality of La. R.S. § 15:571.4(B)(4), the Court notes that Plaintiff's entitlement to good time credits is not protected by the *ex post facto clauses* of either the constitutions of the United States or the State of Louisiana. See State v. Oliveri, 779 So. 2d 735 (La. 2001); Williams v. Creed, 978 So. 2d 419 (La. Ct. App. 1st Cir. 2007).